JS - 6

FILED: JUN 09, 2014

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Fred Esquivel*, | CASE NO. CV 14-3405-GHK (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Artistree, Inc.*, | |
| Defendant. | |

Pursuant to the Court's June 9, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's action against Defendant Artistree, Inc. is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: June 9, 2014

_____
GEORGE H. KING
Chief United States District Judge